**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 22, 2026

Mr. Morgan E. Parke
FirstEnergy Service Company
76 S. Main Street
15th Floor
Akron, OH 44308

Mr. Sanford Ian Weisburst
Quinn, Emanuel, Urquhart & Sullivan
295 Fifth Avenue
9th Floor
New York, NY 10016

Re: Case No. 26-3980
*FirstEnergy Service Company v. FERC*
Originating Case No. EL22-34-002

Dear Counsel,

This case has been docketed as number **26-3980** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following case opening items should be docketed with the Clerk's office by **November 5, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space. If payment did not accompany the petition for review, the $600 filing fee should also be paid by this date.

Petitioner: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Respondent: Appearance of Counsel

These deadlines are important - if the initial case opening items are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

cc: Mr. Robert Harris Solomon

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3980**

FIRSTENERGY SERVICE COMPANY

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent